IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC GLIME**, <br><br> Plaintiff, <br><br> v. <br><br> **SUSQUEHANNA VALLEY PRE-OWNED SALES & SERVICE, et al.**, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 21-2257-KSM |

## ORDER

**AND NOW**, this 31st day of August, 2021, upon consideration of Defendants' Uncontested Motion for Change of Venue Pursuant to 28 U.S.C. §§ 1404 and 1406(a) (Doc. No. 4), and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED** and that the Clerk of Court is directed to **TRANSFER** this lawsuit to the United States District Court for the Middle District of Pennsylvania.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.